# Court of Appeals
# of the State of Georgia

ATLANTA, __January 20, 2017__

*The Court of Appeals hereby passes the following order:*

### A17I0065. WOERNER et al. v. EMORY CHILDREN'S CENTER, INC. et al.

The Appellants have filed a Motion to Vacate and Reinstate Order Granting Interlocutory Appeal. Having reviewed the record, and it appearing that Appellee Lawrence M. Andrews, Jr., has consented to the motion, the motion is hereby GRANTED conditionally.

When the case is docketed for appeal, the parties are hereby directed to brief the jurisdictional and procedural issues related to granting this motion, to give this Court additional information to determine whether we have the authority to allow the appeal to continue. If the Court does have that authority, it will say so and decide the case on the merits; if the Court does not, it will decide the case on jurisdictional and procedural grounds.

Accordingly, this court's November 4, 2016 order is vacated and reinstated as of the date of this order. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBER:
15V854



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, __01/20/2017__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*